# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DEBORAH K. REWOLINSKI,**

        Plaintiff,

                                                  Case No. 05-C-990

    -vs-

**ERIE INSURANCE COMPANY,**
**D/B/A ERIE INSURANCE GROUP,**

        Defendant.

## ORDER

Pursuant to the attached Stipulation,

IT IS HEREBY ORDERED that the stipulation of the parties is approved and that the above-entitled action be, and the same is, hereby dismissed, with prejudice and without costs or attorney fees to any party.

Dated at Milwaukee, Wisconsin, this 10th day of May, 2007.

                                        **SO ORDERED,**

                                        **s/ Rudolph T. Randa**
                                        **HON. RUDOLPH T. RANDA**
                                        **Chief Judge**